CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:     415.875.2300
Facsimile:      415.281.1350

Attorney for Nominal Defendant
GRITSTONE BIO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GRANVILLE, derivatively on behalf of GRITSTONE BIO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW R. ALLEN, VASSILIKI ECONOMIDES, SHEFALI AGARWAL, LAWRENCE COREY, CLARE FISHER, ELAINE JONES, NAIYER RIZVI, and STEVEN KROGNES,<br><br>Defendants,<br><br>and<br><br>GRITSTONE BIO, INC.,<br><br>Nominal Defendant. | Case No.: 4:24-cv-06018-DMR<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT OF NOMINAL DEFENDANT GRITSTONE BIO, INC.**<br><br>(Fed. R. Civ. P. 7.1 and Civil L.R. 3-15)<br><br>Dept: Courtroom 4 – 3rd Floor<br>Judge: Hon. Donna M. Ryu |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, Nominal Defendant Gritstone Bio, Inc. ("Gritstone"), by and through its counsel, hereby certifies the following:

Gritstone has no parent corporation, and no public corporation owns 10% or more of the Company's stock.

Pursuant to Civil L.R 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report.

Dated:   September 13, 2024

Respectfully submitted,
FENWICK & WEST LLP

By: /s/ *Catherine D. Kevane*
Catherine D. Kevane, CSB No. 215501
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:         415.875.2300
Facsimile: 415.281.1350
Email:      ckevane@fenwick.com

*Attorney for Nominal Defendant Gritstone Bio, Inc.*