THE BROWN LAW FIRM, P.C.
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Email: RMoest@gmail.com

*Attorneys for Plaintiff Kenneth Granville and for
Thomas Pitta, the Liquidating Trustee for the
Gritstone Bio, Inc. Liquidating Trust, to be
substituted as Plaintiff*

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH GRANVILLE, derivatively on behalf of GRITSTONE BIO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW R. ALLEN, VASSILIKI ECONOMIDES, SHEFALI AGARWAL, LAWRENCE COREY, CLARE FISHER, ELAINE JONES, NAIYER RIZVI, and STEVEN KROGNES,<br><br>Defendants,<br><br>and<br><br>GRITSTONE BIO, INC.,<br><br>Nominal Defendant. | Case No.: 3:24-cv-06018-CRB<br><br>(~~PROPOSED~~) ORDER TO SUBSTITUTE PLAINTIFF UNDER FED.R.CIV. P. 25(C); [PROPOSED] ORDER<br><br>Hon. Charles Breyer<br><br>Date: April 24, 2026<br>Time: 10:00 a.m.<br>Crtrm.: 6 |

(~~PROPOSED~~) ORDER TO SUBSTITUTE PLAINTIFF; [PROPOSED] ORDER

1

Case No.: 3:24-cv-06018-CRB

**PURSUANT TO PLAINTIFF'S MOTION TO SUBSTITUTE, IT IS HEREBY ORDERED:**

1. Thomas Pitta, the Liquidating Trustee, shall be substituted as the Plaintiff in this case, and his undersigned counsel is substituted as counsel for Plaintiff;

2. Plaintiff Kenneth Granville, the original plaintiff, is hereby dismissed without prejudice.

3. The clerk is directed to change the caption of the Action to be *Thomas Pitta, Liquidating Trustee for Gritstone, Plaintiff, v. Allen, et al.*, Case No. 3:24-cv-06018-CRB;

4. An amended complaint may be filed within 30 days of this Order.

Dated: ___April 2, 2026_____        _____

The Honorable Charles R. Breyer
United Sates District Judge

(PROPOSED) ORDER TO SUBSTITUTE        1        Case No.: 3:24-cv-06018-CRB
PLAINTIFF; [PROPOSED] ORDER